IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**RAYSHAWN BOYCE,** )<br>)<br>Defendants. )<br>) | CR No. 24-371 MLG |

**UNITED STATES' WITNESS LIST**

The United States of America, by and through its attorneys Alexander M.M. Uballez, United States Attorney for the District of New Mexico, Letitia Carroll Simms and Joseph Spindle, attorneys for said District, respectfully file the list of anticipated witnesses which may be called for its case-in-chief at trial and requests permission to submit such additional list as may become necessary prior to and during trial:

1. Elia Viramontes, Federal Bureau of Investigation;

2. Francie Bustamante, Federal Bureau of Investigation;

3. Jonathan Longenbaugh, Drug Enforcement Administration;

4. Jennifer Hight, DEA Laboratory;

5. G.T.,

6. Anita Joyner, Corecivic;

7. Armando Perez, CoreCivic;

8. David Cole, Cibola County Correctional Center

1

9.	Myra Luna, Corecivic.

>	Respectfully submitted,
>
>	HOLLAND S. KASTRIN
>	Acting United States Attorney
>
>	*Electronically filed March 7, 2025*
>	LETITIA CARROLL SIMMS
>	JOSEPH M. SPINDLE
>	Assistant U.S. Attorneys
>	201 Third St. Ste 900
>	Albuquerque, NM  87102
>	(505) 346-7274

I hereby certify that on March 7, 2025
I filed the foregoing electronically through
the CM/ECF system, which caused Counsel
for the Defendant, to be served by Electronic means,
as more fully reflected on the Notice of Electronic Filing.

_____/s/_____
LETITIA CARROLL SIMMS
Assistant United States Attorney